**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TEAMSTERS HEALTH & WELFARE TRUST FUND OF PHILADELPHIA AND VICINITY, *et al.*,**<br>***Plaintiffs,***<br><br>**v.**<br><br>**REGIONAL PRODUCE COOPERATIVE CORP., *et al.*,**<br>***Defendants.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br><br><br>**NO. 26-0468** |

**ORDER**

**AND NOW**, this **26th** day of **October 2026**, upon consideration of Defendants' Partial Motion for Summary Judgment (ECF No. 24), Plaintiffs' Motion for Partial Summary Judgment (ECF No. 25), Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 26), Plaintiffs' Response in Opposition to Defendants' Motion for Partial Summary Judgment (ECF No. 27), Defendants' Reply in Further Support of Their Motion for Partial Summary Judgment (ECF No. 30), Plaintiffs' Reply in Further Support of Their Motion for Partial Summary Judgment (ECF No. 31), Defendants' Response to Plaintiffs' Additional Statement of Material Facts (ECF No. 32), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Partial Motion for Summary Judgment (ECF No. 24) is **DENIED** for the reasons stated in the accompanying memorandum opinion.
2. Plaintiffs' Motion for Partial Summary Judgment (ECF No. 25) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**